THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENZO MANDO, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of burglary in the third degree, unanimously affirmed. The cross-examination of the witnesses for the defendant as to the relationship between a female under the age of eighteen years and the defendant was improper, but in the light of the clear guilt of the defendant the error may be regarded as within the province of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE NIEDZINSKI, Appellant.— Appeal from judgment of the County Court, Kings County, convicting the defendant of the crimes of robbery in the first degree, grand larceny in the first degree and assault in the second degree, and sentencing him to Sing Sing Prison for not less than ten years and not more than twenty years. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOHN F. TRIHY, Respondent, v. JOSEPH PAPAGNO, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of violating section 986 of the Penal Law (bookmaking) unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, ARTHUR J. MOULTON and MARY T. HANRAHAN, as Trustees under the Will of CATHERINE T. MOULTON, Deceased, Respondents, v. PAUL A. BANKSON, as Tax Assessor of the City of New Rochelle, and WALTER J. BRENNAN and Others, Constituting the Board of Review of the City of New Rochelle, Appellants.— In a certiorari proceeding to review the assessment of the respondents' property for the year 1940, final order and judgment modified on the law and the facts by striking the words " Forty-four Thousand, Three Hundred Fifteen Dollars " and the figure $44,315 from the second ordering paragraph, and substituting in place thereof the figure $22,000; by striking the figures $50,000 and $112,000 from the third ordering paragraph, and substituting in place thereof the figures $72,315 and $134,315 respectively. The first ordering paragraph is also modified so as to provide that the findings are approved as modified to conform to this decision. At thus modified, the final order and judgment (one paper) is unanimously affirmed, without costs. This court finds values as of August 10, 1939, as follows: Land, $72,315; improvements, $62,000. On this record it may not be said that the presumption of correctness of the assessment of the land has been overcome. It is otherwise as to the value of the improvements. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.